# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                                           **CRIMINAL ACTION NO. 3:19-CR-61**
                                                             **(Judge Groh)**

**JEFFREY ALLEN JOHNSON,**
    **Defendant.**

## MOTION TO WITHDRAW MOTION TO AMEND/CORRECT CLERICAL ERROR IN INDICTMENT

The United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Assistant United States Attorney Kimberley Crockett, moves the court to withdraw the motion to correct a clerical error in Count Two of the Indictment filed pursuant to Rule 36 of the Federal Rules of Criminal Procedure. [Doc. 29].   The parties will resolve the issue with the preparation of an Information.

                                                Respectfully submitted,

                                                WILLIAM J. POWELL
                                                UNITED STATES ATTORNEY

                                                <u>By: /s/ Kimberley Crockett</u>
                                                Kimberley Crockett
                                                Assistant United States Attorney
                                                217 West King Street, Suite 400
                                                Martinsburg, WV 25401
                                                Phone: 304-262-0590

**CERTIFICATE OF SERVICE**

I, Kimberley Crockett, Assistant United States Attorney, for the Northern District of West Virginia, certify that on February 18, 2020, the foregoing ***MOTION TO WITHDRAW MOTION TO CORRECT CLERICAL ERROR IN INDICTMENT*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron D. Moss
Federal Public Defender Office
651 Foxcroft Ave
Suite 202
Martinsburg, WV 25401

Respectfully submitted,
WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:   /s/ Kimberley D. Crockett
Assistant United States Attorney